UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff | § |
| VS. | § CRIM. NO. SA-21-CR-154 (02) FB |
| ADRIANA PASTOR, | § |
| Defendant | § |

### DEFENDANT ADRIANA PASTOR'S SENTENCING MEMORANDUM

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES ADRIANA PASTOR, Defendant, by and through her attorney and files this Sentencing Memorandum, and in support thereof would show:

I.

This cause is currently set for Sentencing on Tuesday, August 30, 2022 at 9:00 A.M.

II.

Defendant ADRIANA PASTOR was indicted in a multi-defendant multi-count indictment with Wire Fraud on April 7, 2021. [Dkt No. 3]. Counsel has reached agreement with the United States Attorney's Office regarding defendant's plea.

III.

#### Supportive Correspondence

Attached hereto and incorporated herein for all purposes are supportive correspondence addressed to the Honorable Fred Biery. *See Exhibit A, 10 letters of support.*

IV.

Defendant Pastor has 2 minor children living with her. Her husband, Enrique Kramer [Dkt No. 1] is currently incarcerated awaiting sentencing. AUSA Chung has graciously stated that he is asking for sentencing at the low end of the range as well as being unopposed to her sentence, if

confinement, being staggered with her husband.

Defendant Pastor has pled Guilty and knows there are consequences to her actions. She has no criminal history and is a successful businesswoman. She respectfully requests the Court consider probation or home confinement in lieu of punishment in the federal penitentiary. Given that her husband (Defendant Kramer) is currently incarcerated, she appreciated the Court considering alternatives to the penitentiary as well as the staggering of sentences.

WHEREFORE, Defendant ADRIANA PASTOR, prays that this Honorable Court consider the attached letters of support when rendering punishment. She also appreciates any consideration given to the current circumstances of her life.

Respectfully submitted,

**Law Office of R. Javier Guerra, PLLC**



BY:_____
R. Javier Guerra
Texas Bar No.: 00789327
Email: guerralawfirm@hotmail.com
Law Office of R. Javier Guerra, PLLC
111 W. Olmos Dr.
San Antonio, Texas 78212
Telephone: (210) 829-7183
Facsimile:  (210) 910-6144

*Attorney for Defendant Adriana Pastor*

## CERTIFICATE OF SERVICE

      This is to certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system

_____
R. Javier Guerra