# EXHIBIT A

10 Letters of Support

To Whom this May Concern,

I am very pleased to write a character reference letter for Adriana Pastor. I have had the pleasure of knowing her my whole life. Her mother is my father's cousin. I have witnessed her growing as a smart, talented, and responsible person. Adriana has always displayed a high degree of integrity, responsibility, and ambition in many aspects. Adriana always puts her children's well-being first.

I have seen Adriana going through ups and downs in life. I can confirm that she is a woman of great integrity and is extremely dedicated to her family and work. She has always come across as a person of good moral character. Adriana Pastor has been a reliable, trustworthy, and honest person.

Sincerely,

Vaneli Orduna

John Rodriguez
2227 Rigsby Avenue
San Antonio, TX. 78222

August 25th, 2022

To Judge Fred Biery,

I have known Adriana Pastor for two years. During this time, she has been genuine and an upstanding individual. Mrs. Pastor is a dedicated mother of three children and has worked continuously over the year to provide a sustainable life for them.

I met Mrs. Pastor through a charitable organization where she helped gather and pass out food, clothing, and needed hygiene items to homeless people throughout Downtown San Antonio. She also volunteered her restaurant, Las Quesadillas, as a place to prepare the food on different occasions.

It is my sincere hope that this character reference letter is taken into consideration. I do believe that Mrs. Pastor will continue to thrive and make every effort to be a prominent member of the community.

Sincerely,

John Rodriguez
VFW Post 837
District 20 Adjutant
Veterans of Foreign Wars.

July 22, 2022

ATTN.: U.S. District Judge Fred Biery
262 West Nueva Street,
San Antonio, TX 78207

Honorable Judge Fred Biery,

     My name is Mara Andromeda Caballero Paredes. I am writing this letter for my dear friend Adriana Pastor. I have known Andriana for the past 30 years when we first met in Mexico City, Mexico where we both grew up. We kept in contact through the years once I moved to Brownsville, Texas and she moved to Cancun, Quintana Roo.

Any time I would visit Cancun we would get together and spend time. My only daughter and her older daughter would play and talk to each other while we were visiting. We kept in contact when she moved to San Antonio, Texas. She was able to attend my wedding in 2018. During all of these occasions I would observe her interactions with her children. She has made the effort to enroll them in good schools, clothe them, give them proper nutrition and be active in their lives. I always saw Adriana as a very caring mother and a good role model to her children. Adriana has always provided a stable, loving and nurturing environment to her children. I believe it will be less of a burden to her children if they are able to finish their studies in San Antonio, Texas as they have no fault in this situation. It will be hard for the children to readapt to the culture and language. They will also lose their school support system and can potentially lose courses towards graduation. I would like the best for Adriana's children in this difficult time for the family. I can also attest that Adriana will be in compliance with Judge's orders according to the findings and will not make the same mistake twice.

Please don't hesitate to contact me if I can further assist this case.

Best regards,


Mara Andromeda Caballero Paredes

(956) 204-6414  Brownsville, Texas, USA

July 25, 2022

San Antonio, Texas

Attn:

Honorable Judge Judge Fred Biery,

Re-Character Reference for Adriana Pastor San Roman

Your Honor,

My name is Carlos Orduna and I'm writing this character reference letter for Adriana Pastor San Roman. I have known her and her family since her for 30 plus years now and in this span of time, we have known and seen enough of each other from all the aspects of life be it in personal contexts or in the social context.

I'm completely aware of Adriana's character who has always been a person of high moral and ethics in her all life and each of her activities for life are driven from those principles. She has always devoted her life for the wellbeing of her children, family members and for those are around her, which I have always witnessed from her in the multiple occasions.

She is in fact well regarded and appreciated by her friends and family members. There has not been ever a single such instance which can raise fingers towards her character in any regards.

I'm fully aware for some of the mistakes she has made for which she has done every effort to amend and do always the right thing.  Therefore, I'm hereby pledging with my words for her character knowing that any wrong she might have done, there is no doubt in my mind that as a responsible person she will do anything within her reach to mend.

I just hope that this of my character reference letter would give you a better idea to assess his character and take your decision accordingly.

I'm thankful to you for taking some time out to read this letter.

Respectfully,


Carlos Orduna
1327 Kimberly Dr.
Laredo, Texas 78045

SAN ANTONIO TX 23 DE AGOSTO, 2022

**JUEZ FRED BERRY**

Mi nombre es Evelia Vargas y agradezco de antemano su atención a esta carta, le escribo con la intención de expresarle lo siguiente:

Conozco a la Sra. ADRIANA PASTOR, de 47 años de edad, con domicilio en 19406 Battle Oak en San Antonio Tx. desde hace dos años, ya que he participado con ella en programas de capacitación empresarial en el Consulado Mexicano y la organización para que trabajo YWCA.

En este tiempo he constatado que la Sra. Adriana Pastor es una persona muy emprendedora y comprometida con sacar adelante a su familia con su trabajo. Se que ha abierto un negocio llamado "Las Quesadillas" ubicado en 14530 de Brook Hollow en esta ciudad, en el cual labora con todo compromiso.

El gran esfuerzo y la capacidad trabajo que me consta ha demostrado la Sra. Adriana Pastor me permite extender la presente carta.

Quedo a sus ordenes

*Evelia Vargas*

**8611 WATERS EDGE DR**

**SAN ANTONIO TX 78245**

**(214) 280-7523**

SAN ANTONIO TX AUGUST 23, 2022

**JUDGE FRED BERRY**

My name is Evelia Vargas and I thank her in advance for her attention to this letter. I am writing to you with the intention of expressing the following:

I know Mrs. ADRIANA PASTOR, 47 years old, residing at 19406 Battle Oak in San Antonio Tx. for two years, since I have participated with her in business training programs at the Mexican Consulate and the organization I work for YWCA.

During this time, I have verified that Mrs. Adriana Pastor is a very enterprising person and committed to helping her family move forward with her work. She knows that she has opened a business called "Las Quesadillas" located at 14530 Brook Hollow in this city, in which she works with full commitment.

The great effort and capacity for work that I know has been shown by Mrs. Adriana Pastor allows me to extend this letter.

I remain at your service

**Evelia Vargas**

**8611 WATERS EDGE DR**

**SAN ANTONIO TX 78245**

**(214) 280-7523**

Myra Cazares
91 Washington Ave. N.,
White Plains, New York 10603
(956) 652-7207
myraacazaress@gmail.com

Westchester County, New York – August 24, 2022

Judge Fred Berry,

My name is Myra Cazares, I currently live in Westchester, New York, but I was born and raised in San Antonio, Texas. The reason of this letter is to discourse my connection to Mrs. Adriana Pastor. I have known Mrs. Pastor for approximately 3-4 years and have the pleasure to know her professionally and personally. I respect that Mrs. Pastor has charges against her, but I am writing this letter to offer a more complete picture of who she is as a person.

I met Mrs. Pastor professionally approximately 3-4 years ago when she employed my mother, who had recently moved to San Antonio. My mother worked for Mrs. Pastor for a little over a year and Mrs. Pastor was an exemplary employer. Mrs. Pastor always showed professionalism and care towards her employees.  Eventually, Mrs. Pastor and my mother formed a friendship outside the work environment.

This was when I was able to learn and appreciate more about Mrs. Pastor's character because I was able to know her in a personal level. Mrs. Pastor is full of qualities that make an extraordinary friend. She is dedicated, loyal, and trustworthy, just to mention a few. I remember when I was moving to New York, she was not only supportive, but excited for me and gifted me with blessings. I know it's very cliché, but she is the definition of a person who will take their shirt off their back for you. Even at her worst times, she will be there to support you in any way that is possible for her. For example, she does not hesitate to give her work (food from Las Quesadillas) for free whenever there is a charity event in her community. My family has been present when she gives out food for the needy and homeless. Mrs. Pastor is a prime example of a humble, supportive community member. By my family's closeness to Mrs. Pastor, I have also seen the supportive and caring mother she is. At the time of uncertainty, the only thing that has ever mattered or concerned her, is the wellbeing of her children. She works and dedicates her time and life to her children. I could go on describing Mrs. Pastor's character, but this briefly encapsules the person she truly is.

If you have any questions regarding the information I have provided or need me to confirm anything, please do not hesitate to contact me via call or e-mail.


Sincerely,

Myra M. Cazares



**eliminating racism
empowering women
ywca
san antonio**

YWCA San Antonio
503 Castroville RD
San Antonio, TX 78237

July 29, 2022

**Honorable Judge Fred Biery**
U.S. District Judge
262 West Nueva Street, San Antonio, TX 78207

I like to take this opportunity to support the petition of Mrs. Adriana Pastor to continue her residence in San Antonio Texas.
We had the pleasure of meeting Adriana as a participant of our entrepreneurship program W.I.S.E. (Women Investing in Self Employment) several years ago. Besides participating in the program, she became a volunteer and never hesitated to support several of our community and cultural events by providing food services and inviting other volunteers.
More recently she enrolled in a small business program we conducted in collaboration with the Mexican Consulate and the University of Phoenix, to strengthen her abilities as an entrepreneur and head of household.

Adriana leads an extremely busy and productive life being and extraordinary mother, involved on her children school activities, running a business, networking and supporting other entrepreneurs to continue her community service, one can witness the strength and character of a woman by her interest on family and community.

A true ambassador of YWCA's mission that is eliminating racism, empowering women, promoting peace, freedom and dignity for all.

We wish the best to Adriana on all her endeavors, and ask you to consider her petition.

For further information, please don't hesitate to contact me at (210) 643-3889 or vsanders@ywcasa.org

Best Regards,

Veronica Sanders
Economic Empowerment Director
YWCA San Antonio
(210) 433-9922

Irene Keegan
12903 Country Creek
San Antonio TX 78216

Honorable U.S. District Judge Fred Biery                                August 2, 2022
655 E. Cesar Chavez Blvd
San Antonio TX 78206

    I know Adriana Pastor for several years. She is been a good friend, a good mother and a good daughter.

Adriana is a dependable, honest and responsible person as well as a care and loving mother.

She has committed a lot of her time, to help the community and offered to volunteer hand to hand to help with other women like her. However, must of all, she is a very hard working person and been in the situation she is in, she keeps going and get the best of her for her children, and do the best that she can.

Sincerely

*[signature]*

Irene Keegan

July 11th., 2022

Honorable Judge Fred Biery:

It is with great pleasure that I am able to provide this letter on behalf of my good friend Adriana Pastor.

My name is Luis Escobar, I'm the President & CEO of VenturePoint and I'm an American citizen.

I first met Adriana in 1998 in Mexico City and then in 2016 I met her again in San Antonio.

She worked for my courier company from 1998 to 2002.

She has always impressed me with how dedicated and focused she is in all her work, both professionally and personally, because both coworkers and clients always expressed themselves very well about her and also at work she showed herself to be a great leader as she was always proactive and reliable.

Adriana was seemingly born a caring woman, she clearly took an interest in the community purely to assist those in need and not for the financial compensation.

In San Antonio, she is always looking to help others in need. Specifically women entrepreneurs, She is always concerned about the well-being of other people and not only that, she is a selfless mother, because her 3 children, you could say they are good guys, thanks to the example and the education that she has instilled in them, since the three of them are to the school and there has never been any complaint from the school.

Adriana is a wonderful role model. I think she has always been a great influence on women and I feel truly blessed to have a friend with her characteristics.

Adriana deserves citizenship as she's already such a valued member in the community in which she resides. I recommend that he be naturalized as soon as possible, we need more women like her. Feel free to contact me at any time at egadirect@gmail.com should you have any questions.

Sincerely,

*Luis Escobar*

Luis Escobar EET MBA
President & CEO
VenturePoint Everywhere Inc.

August 12, 2022

Honorable U.S. District Judge Fred Biery
655 E. Cesar Chavez Blvd.
San Antonio, TX 78206

    I know Adriana Pastor since 2015. During this time, both her professionalism and behavior have been excellent. I have had the pleasure of having her as a friend for the past of 7 years.

    Adriana is responsible hard-working person in her job as well a care and loving mother. She always does the best in her job and with the kids. She will do the best for her family.

Sincerely

_____
Osmin Arzola